■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO LITTLEJOHN, Appellant. [790 NYS2d 877]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 11, 2003 (*People v Littlejohn*, 307 AD2d 976 [2003]), affirming a judgment of the County Court, Suffolk County, rendered April 9, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Florio, J.P., H. Miller, Mastro and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOHAMMED MOHSIN, Appellant. [790 NYS2d 881]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 24, 2003 (*People v Mohsin*, 302 AD2d 609 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered August 26, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Adams, J.P., Santucci, Krausman and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONTRELL PERKINS, Appellant. [790 NYS2d 883]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered June 10, 2003, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.